```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DAVID FERNANDO VERNAZA                                       :
VELAZQUEZ,                                                   :          23 Civ. 2525 (LGS)
                              Plaintiff,                     :
                                                             :          ORDER
              -against-                                      :
                                                             :
VALERY JOSEPH SALON, LTD., et al.,                           :
                              Defendant.  X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby

**ORDERED** that all pending motions are **DENIED** as moot, all conferences are **CANCELED** and all pending deadlines are **ADJOURNED** sine die. It is further

**ORDERED** that the parties shall file their settlement materials for judicial approval by **July 29, 2023**. *See Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

Dated: July 5, 2023
    New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE