**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

David Fernando Vernaza Velazquez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                           *Plaintiff*,

-against-

Valery Joseph Salon, LTD., Valery Joseph @ BNYC, Inc., Valery Joseph @ Bridgehampton, Inc., and Valery Joseph,

                           *Defendants*.

---------------------------------------------------------------X

So Ordered.

Dated: August 15, 2023
New York, New York

Civ. No.: 23-cv-02525 (LGS)

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants Valery Joseph Salon, LTD., Valery Joseph @ BNYC, Inc., Valery Joseph @ Bridgehampton, Inc., and Valery Joseph, that the parties' FAIR LABOR STANDARDS ACT SETTLEMENT AND RELEASE AGREEMENT ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court. Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

[INTENTIONALLY LEFT BLANK – SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| LEVIN-EPSTEIN & ASSOCIATES, PLLC | JACKSON LEWIS, P.C. |

By: _____          By: _____
Jason Mizrahi, Esq.                              Timothy Domanick, Esq.
600 East 42nd Street, Suite 4700         58 South Service Road, Suite 250
New York, NY 10165                            Melville, NY 11747
(212) 792-0048                                      (631) 247-0404
*Attorneys for Plaintiff*                          *Attorneys for Defendants*

Dated: 8/10, 2023                                 Dated: 8/11, 2023